**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 97-2499**

—————

JEFFREY COX,

Plaintiff - Appellant,

versus

RUST SCAFFORD RENTAL & ERECTION, INCORPORATED;
MIKE FREIMULLER, employee,

Defendants - Appellees.

—————

Appeal from the United States District Court for the Southern
District of West Virginia, at Charleston.  Dennis Raymond Knapp,
Senior District Judge.  (CA-96-186-2)

—————

Submitted:  January 27, 1998      Decided:  February 18, 1998

—————

Before ERVIN, LUTTIG, and WILLIAMS, Circuit Judges.

—————

Affirmed by unpublished per curiam opinion.

—————

Jeffrey Cox, Appellant Pro Se.  Albert F. Sebok, JACKSON & KELLY,
Charleston, West Virginia; John E. Lutz, RICCARDI & LUTZ, Charles-
ton, West Virginia, for Appellees.

—————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order granting summary judgment to Appellees in his civil action in which he alleged various claims in relation to termination of his employment. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Cox v. Rust Scaffold Rental & Erection, Inc., No. CA-96-186-2 (S.D.W. Va. Sept. 25, 1997). Appellant asserts that he received ineffective assistance of counsel. A litigant in a civil action, however, has no constitutional or statutory right to effective assistance of counsel; thus, Cox is not entitled to relief on this claim. Appellant's contentions regarding the conduct of Appellees' counsel during criminal proceedings are not properly before this Court because Appellant did not raise them below. Finally, Appellant did not move to remand his complaint once it was removed to federal court. Accordingly, we will not review Appellant's contention that the removal was against his wishes. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2